**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re: | |
|    **Kristina Probst** | |
| | Case No**. 23-15202-LSS** |
|    Debtor | Chapter 13 |
| | |

**MOTION TO DISMISS AND**
**NOTICE OF OPPORTUNITY FOR A HEARING**

Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the Court to dismiss this case. In support of her request, the Trustee respectfully represents the following:

1. That the Debtor filed this Chapter 13 case on July 25, 2023. The Plan submits to the Trustee for the execution of the Plan the Debtor's future earnings in the amount of $1,680 per month for twenty (20) months, and then $2,262 per month for forty (40) months for a total of 60 months. Total gross funding is $124,080.

2. The Consent Order Modifying Automatic Stay "Consent Order, entered on May 8, 2025, provided that the debtor will file a Modified Plan to cure the post-petition arrearage owed to Midfirst Bank.

3. That the Motion to Modify was to be filed within 30 days of the Consent Order.

4. That on June 5, 2025, Midfirst Bank filed a proof of claim with post-petition arrears in the amount of $123,739.95.

5. The current plan does not provide sufficient funding to pay the post-petition arrears.

6. The Debtor has failed to file a Modified Plan pursuant to the Consent Order.

7. The Debtor's failure to file a modified plan has caused an unreasonable delay prejudicial to the creditors, requiring dismissal under 11 U.S.C. §1307(c)(1).

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c).

Respectfully submitted,

Date: November 13, 2025

/s/ Rebecca A. Herr
Rebecca A. Herr (Fed. Bar No. 29298)
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
bherr@ch13md.com

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING

You are notified of the filing of the foregoing Motion by the Trustee stating that you have caused unreasonable delay in these proceedings which is prejudicial to creditors and requesting that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).

You are further notified that unless a responsive pleading stating facts which controvert, justify or explain the Trustee's allegation be filed and a copy of said pleading be served upon the Trustee, on or before December 4, 2025 this case will be dismissed on such date and the case will be closed.

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Dismiss will be served electronically by the Court's CM/ECF system on the following:

Jeffrey M. Sirody, Esq.  smeyers5@hotmail.com, sirodyjr47896@notify.bestcase.com; nicole@sirody.com
 *(Debtor's Counsel)*

      I hereby further certify that on November 13, 2025, a copy of the Motion to Dismiss was also mailed first class mail, postage prepaid to:

Kristina Probst
14515 Cambridge Circle
Laurel, MD  20707
*Debtor*

                                                  **/s/ Rebecca A. Herr**
                                                  Chapter 13 Trustee